IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T. ROBINSON,

    Plaintiff,

vs.                                         CASE NO. 4:05CV274-MMP/AK

ALLMAN, et al,

    Defendants.

_____/

**REPORT AND RECOMMENDATION**

    In an order dated August 9, 2005, Plaintiff was directed to file a computer printout of his inmate account and a complete motion for leave to proceed in forma pauperis or pay the full filing fee on or before September 9, 2005. (Doc. 5). When no response was forthcoming, an Order to Show Cause was entered on September 29, 2005, requesting a written response on or before October 21, 2005. (Doc. 6). There has been no response to the order.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **10th** day of November, 2005.

          s/ A. KORNBLUM
          ALLAN KORNBLUM
          UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK