IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES T ROBINSON,

    Plaintiff,

v.                                         CASE NO. 4:05-cv-00274-MP-AK

ALLMAN,
JIMMY HUGHES,
GREG NORRIS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice. Objections to Report and Recommendation were due by December 8, 2005, but none were filed. The Court agrees with the Magistrate Judge that since plaintiff has failed to respond to several court orders, including a rule to show cause, the plaintiff's case should be dismissed without prejudice. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this   *5th* day of January, 2006

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge